to sustain the charge beyond all reasonable doubt, under an indictment charging an employee with conspiring to cheat and defraud his employer, where the evidence showed, irrespective of an alleged confession by the defendant, that he had falsely certified to his employer his receipt of certain goods, whereupon his employer, in reliance upon the truth of such certification, had paid to defendant's co-conspirator in the indictment a certain sum of money in payment for such goods which were never received.

2. CRIMINAL LAW, § 526*—*when errors are harmless.* The record in a prosecution for conspiracy *held* to disclose no prejudicial error in the admission or rejection of evidence nor any prejudicial remarks of the court or counsel, where the evidence as to defendants guilt was very convincing.

3. CRIMINAL LAW, § 491*—*what points and arguments may not be made in petition for rehearing.* New points and new arguments are of no avail in a petition for rehearing in a criminal case.

---

## J. V. Kinsman, Appellee, v. Brunswick-Balke-Collender Company, Appellant.

### Gen. No. 22,691.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. DENNIS W. SULLIVAN, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed March 12, 1917.

### Statement of the Case.

Action by J. V. Kinsman, plaintiff, against Brunswick-Balke-Collender Company, a corporation, defendant, to recover damages for injuries to plaintiff's automobile from a collision with defendant's automobile. From a judgment for plaintiff for $87.25, defendant appeals.

This case is analogous to and is governed by the principles set forth in the case of *Gardner v. Ben Steele Weigher Mfg. Co.*, 142 Ill. App. 348.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

F. J. CANTY, for appellant.

LITZINGER, McGURN & REID, for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.

---

## Peter Dahlgren, Appellee, v. Louis Israel and Isaac Israel, Appellants.

### Gen. No. 22,696.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HOSEA W. WELLS, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed March 12, 1917.

### Statement of the Case.

Action of the fourth class under the Municipal Court Act, in tort, by Peter Dahlgren, plaintiff, against Louis Israel and Isaac Israel, defendants. From a judgment for plaintiff for $1,000, defendants appeal. The statement of claim set forth that certain goods of the value of $1,485.66 were stolen, and plaintiff waived the excess over $1,000 so as to bring the action within the fourth class.

JOHN M. GRIMES, for appellants.

WALTER J. MILLER, for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.